Case 1:18-cv-04951-ARR-SMG   Document 19   Filed 05/06/19   Page 1 of 1 PageID #: 71
Case 1:18-cv-04951-ARR-SMG   Document 18   Filed 05/02/19   Page 1 of 1 PageID #: 70

DF

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 6 2019 ★

BROOKLYN OFFICE

SAMUEL BENCHEMHOUN, on behalf of himself and all other similarly situated consumers,

Plaintiff,

-v-

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

Civil Action No.: 1:18-cv-04951-ARR-SMG

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between Plaintiff Samuel Benchemhoun, by counsel, and Defendant Portfolio Recovery Associates, LLC, by counsel, that the above-entitled action is dismissed with prejudice. Each party shall bear its own attorney's fees, costs and expenses. The Parties respectfully request the Conference scheduled for May 6, 2019 be adjourned.

Dated: May 2, 2019

/s/ *Stephen D. Lozier*
Stephen D. Lozier
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1337
Facsimile: (804) 697-1335
E-Mail: stephen.lozier@troutman.com

Stephen J. Steinlight
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6008
stephen.steinlight@troutman.com
*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC*

Respectfully submitted,

/s/ *Adam J. Fishbein*
Adam J. Fishbein
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, New York 11598
Telephone: (516) 668-6945
E-Mail: fishbeinadamj@gmail.com
*Counsel for Plaintiff*
*Samuel Benchemhoun*

So ordered.  /s/(ARR)
USDJ
5/2/19